UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



Chad Hargreaves,

    Petitioner,

v.

Jermaine White,

    Respondent.

Civil Action No. 19-702 (UNA)

## MEMORANDUM OPINION

Petitioner is a Georgia state prisoner incarcerated in Davisboro, Georgia. Appearing *pro se*, petitioner has filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254, challenging his Georgia conviction and life sentence. In addition, petitioner has applied to proceed *in forma pauperis*, which will be granted.

Section 2254 requires a petitioner first to exhaust his available state remedies. *See id.* §2254(b)(1). Thereafter, under the circumstances of this case, an application under § 2254 "may be filed in the district court for the district wherein such person is in custody or in the district court for the district [where] the State court was held which convicted and sentenced [petitioner][,] and each of such district courts shall have concurrent jurisdiction to entertain the application." 28 U.S.C. § 2241(d). Because this court in the District of Columbia cannot exercise jurisdiction over the instant petition, this case will be dismissed. A separate order accompanies this Memorandum Opinion.

Date: April 1, 2019

_____
United States District Judge